# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOHN DOE,**
Appellant,

v.

**JFK MEDICAL CENTER LIMITED PARTNERSHIP** and
**HSS SYSTEMS, LLC**
Appellees.

No. 4D22-2032

[January 12, 2023]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley E. Harper, Judge; L.T. Case No. 2018CA10177.

Angela M. Nieves and Joel B. Rothman of Sriplaw, P.A., Boca Raton, for appellant.

Ryan C. Hardy of Spencer Fane LLP, St. Louis, Missouri, and Drew P. O'Malley of Spencer Fane LLP, Tampa, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and GERBER, JJ., concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***